USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9/25/18

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------- x
JOEL MORALES, on behalf of
himself and others similarly situated,

                Plaintiff,

- against –

SHIVA AMBULETTE SERVICE,
INC; BHARAT PATEL; and
SUNITA MEHTA,

                Defendants.
--------------------------------------------- x

No. 18-cv-02469 (PAC)

[PROPOSED] PAC

**JUDGMENT**

This action, having been commenced on March 20, 2018 by the filing of a Summons and
Complaint, that Summons and Complaint being duly served on each of the defendants, and the
time for answering or otherwise moving in response to the Summons an Complaint having
expired, it is

**ORDERED, ADJUDGED AND DECREED** that plaintiff Joel Morales shall have judgment
against defendants Shiva Ambulette Service, Inc Bharat Patel, and Sunita Mehta, jointly and
severally, in the amounts of $141,427.00 for Plaintiff Eliana Galan for compensatory damages,
an equivalent amount in liquidated damages, $10,000 in statutory damages and prejudgment
interest at 9% annum, plus attorneys' fees, costs and disbursements of this action in the amount
of $7,220, amounting in all to a total monetary judgment in favor of the plaintiffs and against the
defendants in the amount of $300,074.

Dated: New York, NY
     9/25/2018,

                                   _____
                                     Hon. Paul A. Crotty, U.S.D.J.