# EXHIBIT A

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------ x
JOEL MORALES, on behalf of
himself and others similarly situated, :

                    Plaintiff, :    **No. 18-cv-02469 (PAC)**

- against – :

SHIVA AMBULETTE SERVICE, :
INC; BHARAT PATEL; and
SUNITA MEHTA, :    [PROPOSED]

                     :    **JUDGMENT**
              Defendants.
------------------------------------------------ x

This action, having been commenced on March 20, 2018 by the filing of a Summons and Complaint, that Summons and Complaint being duly served on each of the defendants, and the time for answering or otherwise moving in response to the Summons an Complaint having expired, it is

**ORDERED, ADJUDGED AND DECREED** that plaintiff Joel Morales shall have judgment against defendants Shiva Ambulette Service, Inc Bharat Patel, and Sunita Mehta, jointly and severally, in the amounts of $141,427.00 for compensatory damages, an equivalent amount in liquidated damages, $10,000 in statutory damages and prejudgment interest at 9% annum, plus attorneys' fees, costs and disbursements of this action in the amount of $7,220, amounting in all to a total monetary judgment in favor of the plaintiff and against the defendants in the amount of $300,074.

Dated: New York, NY
      _____,

                                                      Hon. Paul A. Crotty, U.S.D.J.